PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

| United States of America | ) |
| vs | ) |
| Harder, Harley Robert | ) Case No. 12:14CR00019JLQ-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Harder, Harley Robert, have discussed with Melissa Hanson, Pretrial Services/Probation Officer, modification of my release as follows:

Defendant shall not be in locations where minors are known to frequent, i.e. parks, arcades, day care centers, primary and secondary schools, malls, theaters, etc.

I consent to this modification of my release conditions and agree to abide by this modification.

_Robert Harder_  5-1-14    _Mel Han_  5/1/14
Signature of Defendant     Date     Pretrial Services/Probation Officer     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_    5-1-14
Signature of Defense Counsel    Date

[x]    The above modification of conditions of release is ordered, to be effective on   5/8/14  .

[ ]    The above modification of conditions of release is not ordered.

_[signature]_    5/8/14
Signature of Judicial Officer    Date